**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-02221-LTB-CBS

CINDY QUINTERO,

       Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

       Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                                      BY THE COURT:

                                      <u>s/ Lewis T. Babcock</u>
                                      Lewis T. Babcock, Judge

DATED:   December 29, 2011